IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00499-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERARDO LOPEZ-GARCIA,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Order entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on January 16, 2009 [Docket No. 15]. A Change of Plea hearing is set for **February 6, 2009 at 11:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

    The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. It is further

    ORDERED that the two-day jury trial scheduled to begin on **February 2, 2009** and the final trial preparation conference scheduled for **January 23, 2009 at 4:00 p.m.** are VACATED.

    DATED January 16, 2009.